No. 78–6362. Quinones *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 78–6368. Steinkoetter *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 78–6384. DeFillipo *v.* United States; and
No. 78–6411. DeFillipo *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 78–6391. Valenzuela-Lopez *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 78–6397. Orozco et al. *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 78–6517. Joiner *v.* Wyrick, Warden, et al. C. A. 8th Cir. Certiorari denied.

No. 78–6527. Tubbs *v.* Blackburn, Warden. C. A. 5th Cir. Certiorari denied.

No. 78–6528. Hoskinson *v.* Engle et al. C. A. 6th Cir. Certiorari denied.

No. 78–6530. Chase *v.* Redman, Correctional Superintendent. C. A. 3d Cir. Certiorari denied.

No. 78–6538. Williams *v.* Smith, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 78–6540. Johnson *v.* California. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 78–6541. Reece *v.* California. Sup. Ct. Cal. Certiorari denied.

No. 78–6542. Welch *v.* Falke, Montgomery County Prosecuting Attorney. C. A. 6th Cir. Certiorari denied.